CAUSE NO. 2009-396

FILED

2015 JUL -6 PM 4: 58
FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/7/2015 10:47:02 AM
DEBBIE AUTREY
Clerk

JUDICIAL DISTRICT 123

BRIIDGET PARSON

PLAINTIFF

VS.

LAKEWOOD LLC

PANOLA COUNTY TEXAS

RANDALL BAGGS

CHINN EXPLORATION

DEFENDANTS

CARTHAGE TEXAS

**PLAINTIFF, BRIDGET PARSON, NOTICE OF APPEAL FOR ORDER SIGNED ON 06-04-2015 THAT VIOLATES DUE PROCESS OF LAW**

TO THE HONORABLE JUDGE OF THIS COURT:

Comes now, Planitiff, Bridget Parson, who files in good faith her notice of appeal of the order signed on June 04, 2015. The order signed on June 04, 2015 was done on the eve of her trial setting date of June 08, 2015. The removal and dismissal of her case violates due process of law and removes the trial setting for June 08, 2015 without required timely notice. The trial was set without objection in which required notices were sent by Planitiff, Bridget Parson, to all Defendants. Plaintiff made several appearances in which Defendants failed to appear nor object to the trial setting for June 08, 2015. Plaintiff, Bridget Parson, received a notice on June 09, 2015 "after" the hearing date set for June 04, 2015 that violates due process of law and is procedurally ineffective. Plaintiff, Bridget Parson, do pray that her case will be appealed and that her case is remanded to the court for trial to take place.

Respectfully submitted

Bridget Parson

612 Penguin Drive

Dallas Texas 75241

214 376-8317

## CERTIFICATE OF SERVICE

I, Bridget Parson, do hereby certify that a true copy of the notice of appeal was sent to all Defendants on July 06, 2015 by fax and certified mail green card receipt requested.